IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of KARIM MAYFIELD for removal to United States District Court | Criminal Action<br><br>No. 08-0003 |

## ORDER

On this 19th day of May, 2011, in consideration of petitioner Karim Mayfield's petition to remove a criminal action to United States District Court, it is hereby **ORDERED** that, for the reasons given in the accompanying memorandum, the petition is **DENIED**.

/s/ Louis H. Pollak
Pollak, J.